NICOLAS MORGAN (Bar No. 166441)
Email:  nicolas.morgan@dlapiper.com
EDWARD D. TOTINO (Bar No. 169237)
Email:  edward.totino@dlapiper.com
JOSHUA BRIONES (Bar No. 205293)
Email:  joshua.briones@dlapiper.com
NICK S. PUJJI (Bar No. 259571)
Email:  nick.pujji@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400, North Tower
Los Angeles, CA 90067-4704
Tel:  310.595.3000
Fax:  310.595.3300

Attorneys for Plaintiff Receiver Robert P. Mosier

JOHN D. EARLY (Bar No. 166668)
E-mail:  earlylaw@cox.net
LAW OFFICE OF JOHN D. EARLY
15333 Culver Drive, #340-141
Irvine, California 92604
Telephone:  (949) 551-2339
Facsimile:   (949) 551-2339

Attorneys for Defendant Robert J. Anderson

E-FILED 03/16/12
JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. MOSIER, Receiver for PRIVATE EQUITY MANAGEMENT GROUP, LLC and PRIVATE EQUITY MANAGEMENT GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. ANDERSON; and DOES 1-5, inclusive,<br><br>Defendants. | Case No. SA CV10-1489-PSG (Ex)<br><br>[~~PROPOSED~~] **ORDER DISMISSING CASE**<br><br>Date:       [no hearing required]<br>Time:      [no hearing required]<br>Judge:     Hon. Philip S. Gutierrez<br>Courtroom: 880-Roybal |

WEST\229565458.1

ORDER DISMISSING CASE

DLA Piper LLP (US)
Los Angeles

1    The Court, having considered the Joint Stipulation for an Order Dismissing
2    Case, and good cause appearing therefor,
3    IT IS HEREBY ORDERED as follows:
4    This action, and all claims asserted herein, is dismissed with prejudice.  All
5    Parties shall bear their own costs.
6    **IT IS SO ORDERED.**

7

8    Dated:  03/16/12                          PHILIP S. GUTIERREZ
9                                              PHILIP S. GUTIERREZ
                                                United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DLA Piper LLP (US)
Los Angeles

WEST\229565458.1

- 1 -

ORDER DISMISSING CASE